Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

IN RE:                                              :

Fosamax Products Liability Litigation     :          1:06-md-1789 (JFK)

                                                        :

-----------------------------------------------------x

*This Document Relates to:*                  :          **NOTICE OF APPEARANCE**

Clarinda J. Hollis                              :

v. Merck & Co., Inc., Procter & Gamble   :

Pharmaceuticals, Inc., and Aventis        :

Pharmaceuticals, Inc.                          :

                                                        :

Case No. 1:08-cv-04092-JFK               :

-----------------------------------------------------x

        PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel

of record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

2

Dated: May 29, 2008
     New York, New York        Respectfully submitted,


By:          /s/
       David J. Heubeck


       Venable LLP
       Two Hopkins Plaza, Suite 1800
       Baltimore, Maryland 21201
       Tel:  (410) 244-7400
       Fax:  (410) 244-7742
       Email: djheubeck@venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

_____/s/_____
David J. Heubeck

Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel:  (410) 244-7400
Fax:  (410) 244-7742
Email: djheubeck@venable.com
