AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

Clarinda J. Hollis

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Merck & Co., Inc., Procter & Gamble
Pharmaceuticals, Inc. and Aventis
Pharmaceuticals, Inc.

08 CIV 4092

TO: (Name and address of defendant)

Aventis Pharmaceuticals, Inc.
200 Crossing Boulevard
Bridgewater, New Jersey 08807

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE

MAY 01 2008

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER**   DATE: **05/27/2008 04:38PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

AVENTIS PHARMACEUTICALS INC.

Place where served:

55 CORPORATE DR. BRIDGEWATER NJ

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDY STUCKERT

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: WHITE__ HAIR: BLONDE__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___      SERVICES $ _____.___      TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05 / 27 / 20 08     _____ L.S.
SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Linda Grumble 05/27/2008
LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY:    RUSSELL H. BEATIE
PLAINTIFF:   CLARINDA J. HOLLIS
DEFENDANT:   MERCK & CO, INC., ET AL
VENUE:       DISTRICT
DOCKET:      08 CV 4092

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ