James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

    - and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas  78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| CLARINDA J. HOLLIS, | x : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:08-CIV-4092 |
| MERCK & CO., INC., PROCTER & GAMBLE PHARMACEUTICALS, INC. AND AVENTIS PHARMACEUTICALS, INC., | : : : : : | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PROCTER & GAMBLE PHARMACEUTICALS, INC.** |
| Defendants. | : : : x | |

Defendant Procter & Gamble Pharmaceuticals, Inc. ("P&G") files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that P&G is a corporation with its principal place of business in Cincinnati, Ohio.  Further, P&G is a wholly-owned subsidiary of The Procter & Gamble Company and no publicly held company, other than The Procter & Gamble Company, owns 10% or more of P&G's stock.

ANSWER                                                                 -1-

Dated: June  6 , 2008

FULBRIGHT & JAWORSKI L.L.P.

By: _____
  James H. Neale (JN6972)
666 Fifth Avenue
New York, NY  10103-3198
(212) 318-3000
*Attorney for Defendants Procter & Gamble Pharmaceuticals, Inc., and sanofi-aventis U.S. L.L.C.*

- AND -

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS  78701
(512) 536-5201

*Of Counsel*