*Hollis v. Merck + Co. et. al. 08 cv 4092*

## CERTIFICATE OF SERVICE

I certify that this document was served by U.S. Mail on June 6, 2008 on the following counsel:

_____
James H. Neale

Russel H. Beatie
Daniel A. Osborn
Philip J. Miller
521 Fifth Avenue, 34th Floor
New York, NY  10175
Telephone:  (212) 888-9000
Facsimile:  (212) 888-9664

THE POWELL LAW FIRM, L.C.
269 South Beverly Drive
Suite 1156
Beverly Hills, CA  90212
Telephone:  (888) 238-1998
Facsimile:  (310) 388-1570

LAW OFFICES OF JEFFREY C. BOGERT
501 Colorado Boulevard
Suite 208
Santa Monica, CA  90401
Telephone:  (310) 395-5025
Facsimile:  (310) 395-5071